# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHERINE DEMETRO, *et al.*, <br><br>*On Behalf of Themselves and all Others Similarly Situated,* <br><br>   *Plaintiffs,* <br><br>v. <br><br>VAUGHAN MCLEAN, LLC, *et al.*, <br><br>   *Defendant.* | Case No. 1:24-cv-02199 |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT WILL PLEASE enter the appearance of Brian W. Thompson of the law firm Jackson & Campbell, P.C. as co-counsel on behalf of Lawyers Title Realty Services, Inc., Trustee.

Date:  July 29, 2024              Respectfully submitted,

  */s/ Brian W. Thompson*
  Nathan J. Bresee, Esq. (No. 991640)
  Brian W. Thompson, Esq. (No. 496467)
  Jackson & Campbell, P.C.
  2300 N Street NW, Suite 300
  Washington, D.C. 20037
  (202) 457-1600
  nbresee@jackscamp.com
  bwthompson@jackscamp.com
  *Counsel for Defendant*
  *Lawyers Title Realty Services, Inc., Trustee*

6069446v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July 2024, true and correct copies of the foregoing Notice of Appearance was served electronically on all counsel of record via the Court's eService system and via First-Class Mail upon:

Andrew P. McGuire, Esq.
In Rem PLLC
810 7th Street NE, Suite 3B
Washington DC 20002
*Counsel for Plaintiff*

Aristotle Theresa, Esq.
Stoop Law PLLC
1604 V Street SE
Washington DC 20020
*Co-counsel for Plaintiffs*

Constantinos Panagopoulos, Esq.
Sarabeth Rangiah, Esq.
Ballard Spahr, LLP
1909 Street NW, 12th Floor
Washington, D.C. 20006
*Attorneys for Defendants Vaughan McClean LLC and Vaughan Place LLC*

Spencer B Ritchie, Esq.
GREENSTEIN DELORME & LUCHS, P.C.
801 17th Street, N.W., Suite 1000
Washington, DC 20006
*Counsel for BSPRT CRE FINANCE, LLC*

                                                */s/ Brian W. Thompson*
                                                Brian W. Thompson