# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KATHERINE DEMETRO,** *et al.,*<br><br>*On Behalf of Themselves and all Others Similarly Situated,*<br><br>    *Plaintiffs,*<br><br>v.<br><br>**VAUGHAN MCLEAN, LLC,** *et al.,*<br><br>    *Defendants.* | **Case No. 1:24-cv-02199-APM** |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT LAWYERS TITLE REALTY SERVICES, INC., TRUSTEE TO FILE A RESPONSIVE PLEADING

Plaintiffs and Defendant Lawyers Title Realty Services, Inc., Trustee ("Lawyers Title"), through their respective counsel and pursuant to Fed. R. Civ. P. 6(b)(1)(A), stipulate that the responsive pleading deadline for Lawyers Title be extended for 21 days, to August 23, 2024. This limited extension of time for Lawyers Title to file a responsive pleading will not delay this litigation.

WHEREFORE, it is stipulated and agreed between Defendant Lawyers Title Realty Services, Inc., Trustee and Plaintiffs that the responsive pleading deadline for Lawyers Title to answer or otherwise respond to the Complaint as permitted by the Federal Rules of Civil Procedure and the Court's Local Rules be extended for 21 days, until August 23, 2024. By entering into this stipulation, Lawyers Title does not waive any of its claims, rights, remedies, denials, objections, affirmative defenses, or other defenses.

Date: July 31, 2024                                  Respectfully submitted,

                                                     */s/ Nathan J. Bresee*
                                                     Nathan J. Bresee, Esq. (No. 991640)
                                                     Brian W. Thompson, Esq. (No. 496467)
                                                     Jackson & Campbell, P.C.
                                                     2300 N Street NW, Suite 300
                                                     Washington, D.C. 20037
                                                     (202) 457-1600
                                                     nbresee@jackscamp.com
                                                     bwthompson@jackscamp.com
                                                     *Counsel for Defendant*
                                                     *Lawyers Title Realty Services, Inc., Trustee*

Seen and Agreed:

*Andrew P. McGuire*
Andrew P. McGuire, Esq. (No. 442600)
In Rem PLLC
810 7th Street NE, Suite 3B
Washington DC 20002
*Counsel for Plaintiff*

Aristotle Theresa, Esq. (No. 1014041)
Stoop Law PLLC
1604 V Street SE
Washington DC 20020
*Co-Counsel for Plaintiffs*

- 2 -

6070572v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July 2024, I filed the foregoing Stipulation For Extension of Time for Defendant Lawyers Title Realty Services, Inc., Trustee To File A Responsive Pleading, which will send a notification of such filing (NEF) to the counsel for the parties listed below.

Andrew P. McGuire, Esq.
In Rem PLLC
810 7th Street NE, Suite 3B
Washington DC 20002
*Counsel for Plaintiffs*

Aristotle Theresa, Esq.
Stoop Law PLLC
1604 V Street SE
Washington DC 20020
*Co-counsel for Plaintiffs*

Constantinos Panagopoulos, Esq.
Sarabeth Rangiah, Esq.
Ballard Spahr, LLP
1909 Street NW, 12th Floor
Washington, D.C. 20006
*Attorneys for Defendants Vaughan McClean LLC and Vaughan Place LLC*

Spencer B Ritchie, Esq.
GREENSTEIN DELORME & LUCHS, P.C.
801 17th Street, N.W., Suite 1000
Washington, DC 20006
*Counsel for BSPRT CRE FINANCE, LLC*

>                    */s/ Nathan J. Bresee*
>                    Nathan J. Bresee

- 3 -

6070572v1