# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KATHERINE DEMETRO,** *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) Civil Case No.: 1:24-CV-02199-APM<br>)<br>) |
| v. | )<br>) |
| **VAUGHAN McLEAN LLC,** *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## DEFENDANT VAUGHAN PLACE, LLC CORPORATE DISCLOSURE STATEMENT

Defendant Vaughan Place, LLC, by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 26.1, and states that to the best of its knowledge and belief, there are no publicly traded parent companies, subsidiaries, affiliates, or companies that own at least 10% of the stock of Vaughan Place, LLC.

Dated: August 2, 2024                    Respectfully submitted,

*/s/ Constantinos G. Panagopoulos*
Constantinos G. Panagopoulos #11961
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2202
cgp@ballardspahr.com
*Counsel for Defendants*
Vaughan McLean, LLC
Vaughan Place, LLC

## **CERTIFICATE OF SERVICE**

Defendant Vaughan Place, LLC's Corporate Disclosure Statement was served on all counsel of record on the 2nd day of August 2024 via the Court's CM/ECF System.

>	*/s/ Constantinos G. Panagopoulos*
>	Constantinos G. Panagopoulos