UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**KATHERINE DeMETRO, et al.**
**Plaintiffs,**                                    Civil Action No.:  24-CV-2199 (APM)

**v.**

**VAUGHAN McLEAN, LLC, et al,**
**Defendants.**

---

### ENTRY OF APPEARANCE

PLEASE NOTE THE: appearance of undersigned counsel on behalf of Plaintiffs.

Dated: August 3, 2024                          Respectfully submitted,

/s/  Andrew McGuire
_____
Andrew P. McGuire, Esq. [442600]
Counsel for Plaintiffs
In Rem PLLC
810 7th Street NE
Suite 3B
Washington DC 20002
(202) 618-3461
mcguireesquire@msn.com

### Certificate of Service

I hereby certify that on the 3rd  day of August 2024, I served by the Court's ECF system a true copy of the foregoing on the foregoing:

| | |
|---|---|
| Constantinos Panagopoulos, Esq.<br>Sarabeth Ranghia, Esq.<br>Ballard Spahr, LLC<br>1909 K Street NW<br>12th Floor<br>Washington DC 20006<br>Attorneys for Vaughan McLean LLC &<br>Vaughan Place LLC | Spencer Ritchie, Esq.<br>Greenstein Delorme & Luchs PC<br>801 17th Street NW<br>Suite 1000<br>Washington DC 20006<br>Attorney for BSPRT CRE Finance LLC<br><br>Aristotle Theresa, Esq.<br>Stoop Law PLLC<br>1604 V Street SE<br>Washington DC 20020<br>Co-counsel for Plaintiffs |

1

/s/ Andrew McGuire

ANDREW P. McGUIRE

2