IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHERINE DEMETRO, *et al.*,<br><br>*On Behalf of Themselves and all Others Similarly Situated,*<br><br>  *Plaintiffs,*<br><br>v.<br><br>VAUGHAN MCLEAN, LLC, *et al.*,<br><br>  *Defendants.* | Case No. 1:24-cv-02199-APM |

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT
LAWYERS TITLE REALTY SERVICES, INC., TRUSTEE
TO FILE A REPLY TO PLAINTIFFS' OPPOSITION TO
<u>LAWYERS TITLE'S MOTION TO DISMISS</u>**

Defendant Lawyers Title Realty Services, Inc., Trustee ("Lawyers Title"), with the consent of counsel for Plaintiffs, moves the Court for an extension of time to file a Reply to Plaintiffs' Opposition to Lawyers Title's Motion to Dismiss, and states as follows:

1. On July 26, 2024, this Action was removed to this Court based on the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d).

2. On August 23, 2024, Lawyers Title filed a Motion to Dismiss the Plaintiffs' Complaint. On September 13, 2024 (after an extension was granted), Plaintiffs filed an Opposition to Lawyers Title's Motion to Dismiss, and a Partial Consent Motion for Leave to File Amended Complaint.

3. Pursuant to LCvR 7(d), Lawyers Title's Reply to Plaintiffs' Opposition to Lawyers Title's Motion to Dismiss is due on September 20, 2024. However, given the

pending Motion for Leave to File Amended Complaint, Lawyers Title seeks a twenty-one (21) day extension of time to file a Reply, until October 11, 2024.

4.    Undersigned counsel has conferred with counsel for Plaintiffs and Plaintiffs consent to this relief. This limited extension of time for Lawyers Title to file a Reply will not delay this litigation.

WHEREFORE, Defendant Lawyers Title Realty Services, Inc., Trustee respectfully requests that the Court issue an order that the deadline for Lawyers Title to file a Reply to Plaintiffs' Opposition to Lawyers Title's Motion to Dismiss be extended for twenty-one (21) days, until October 11, 2024. A proposed order is attached.

- 3 -

Date: September 20, 2024                    Respectfully submitted,

                                            */s/ Nathan J. Bresee*
                                            Nathan J. Bresee, Esq. (No. 991640)
                                            Brian W. Thompson, Esq. (No. 496467)
                                            Jackson & Campbell, P.C.
                                            2300 N Street NW, Suite 300
                                            Washington, D.C. 20037
                                            (202) 457-1600
                                            nbresee@jackscamp.com
                                            bwthompson@jackscamp.com
                                            *Counsel for Defendant*
                                            *Lawyers Title Realty Services, Inc., Trustee*

Seen and Consented To:

*Andrew P. McGuire*
Andrew P. McGuire, Esq. (No. 442600)
In Rem PLLC
810 7th Street NE, Suite 3B
Washington DC 20002
*Counsel for Plaintiff*

Aristotle Theresa, Esq. (No. 1014041)
Stoop Law PLLC
1604 V Street SE
Washington DC 20020
*Co-Counsel for Plaintiffs*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September 2024, I filed the foregoing Consent Motion For Extension of Time for Defendant Lawyers Title Realty Services, Inc., Trustee To File A Reply, which will send a notification of such filing (NEF) to the counsel for the parties listed below.

Andrew P. McGuire, Esq.
In Rem PLLC
810 7th Street NE, Suite 3B
Washington DC 20002
*Counsel for Plaintiffs*

Aristotle Theresa, Esq.
Stoop Law PLLC
1604 V Street SE
Washington DC 20020
*Co-counsel for Plaintiffs*

Constantinos Panagopoulos, Esq.
Sarabeth Rangiah, Esq.
Ballard Spahr, LLP
1909 Street NW, 12th Floor
Washington, D.C. 20006
*Attorneys for Defendants Vaughan McClean LLC and Vaughan Place LLC*

                                            */s/ Nathan J. Bresee*
                                            Nathan J. Bresee

6115518v1