IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KATHERINE DEMETRO,** *et al.*, <br><br> *On Behalf of Themselves and all Others Similarly Situated,* <br><br>     *Plaintiffs,* <br><br> v. <br><br> **VAUGHAN MCLEAN, LLC,** *et al.*, <br><br>     *Defendants.* | **Case No. 1:24-cv-02199-APM** |

## ORDER

UPON CONSIDERATION of the Consent Motion for Extension of Time to File a Reply to Plaintiffs' Opposition to Lawyers Title's Motion to Dismiss, and having

FOUND for the reasons stated in the Motion, there is good cause to extend the Reply deadline as requested; it is hereby

ORDERED, that the Motion is granted, in full; and it is further

ORDERED, that the deadline for Lawyers Title to file a Reply to Plaintiffs' Opposition to Lawyers Title's Motion to Dismiss be extended for twenty-one (21) days, until October 11, 2024.

 

                                                                                                                  _____

                                                                                                                  Amit P. Mehta
                                                                                                                   Judge, United States District Court for
                                                                                                                   the District of Columbia

Copies to: All Counsel of Record (via ECF)