IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KATHERINE DEMETRO,** *et al.,* *On Behalf of Themselves and all Others Similarly Situated,* *Plaintiffs,* v. **VAUGHAN MCLEAN, LLC,** *et al.,* *Defendants.* | Case No. 1:24-cv-02199-APM |

**THIRD CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT LAWYERS TITLE REALTY SERVICES, INC., TRUSTEE TO FILE A REPLY TO PLAINTIFFS' OPPOSITION TO <u>LAWYERS TITLE'S MOTION TO DISMISS</u>**

Defendant Lawyers Title Realty Services, Inc., Trustee ("Lawyers Title"), with the consent of counsel for Plaintiffs, moves the Court for a further extension of time to file a Reply to Plaintiffs' Opposition to Lawyers Title's Motion to Dismiss, and states as follows:

1. On July 26, 2024, this Action was removed to this Court based on the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d).

2. On August 23, 2024, Lawyers Title filed a Motion to Dismiss the Plaintiffs' Complaint. On September 13, 2024 (after an extension was granted), Plaintiffs filed an Opposition to Lawyers Title's Motion to Dismiss, and a Partial Consent Motion for Leave to File Amended Complaint.

3. Pursuant to LCvR 7(d) and the Court's previous granted extensions, Lawyers Title's Reply to Plaintiffs' Opposition to Lawyers Title's Motion to Dismiss is due on October 25, 2024. However, given the pending Motion for Leave to File Amended Complaint, Lawyers Title seeks a further thirty (30) day extension of time to file a Reply, until November 25, 2024.

4. Undersigned counsel has conferred with counsel for Plaintiffs and Plaintiffs consent to this relief. This limited extension of time for Lawyers Title to file a Reply will not delay this litigation.

WHEREFORE, Defendant Lawyers Title Realty Services, Inc., Trustee respectfully requests that the Court issue an order that the deadline for Lawyers Title to file a Reply to Plaintiffs' Opposition to Lawyers Title's Motion to Dismiss be further extended for thirty (30) days, until November 25, 2024. A proposed order is attached.

Date:  October 25, 2024						Respectfully submitted,


						*/s/ Nathan J. Bresee*
						Nathan J. Bresee, Esq. (No. 991640)
						Brian W. Thompson, Esq. (No. 496467)
						Jackson & Campbell, P.C.
						2300 N Street NW, Suite 300
						Washington, D.C. 20037
						(202) 457-1600
						nbresee@jackscamp.com
						bwthompson@jackscamp.com
						*Counsel for Defendant*
						*Lawyers Title Realty Services, Inc., Trustee*


## **CERTIFICATE OF SERVICE**

	I hereby certify that on the 25th day of October 2024, I filed the foregoing Third Consent Motion For Extension of Time for Defendant Lawyers Title Realty Services, Inc., Trustee To File A Reply, which will send a notification of such filing (NEF) to the counsel for the parties listed below.

Andrew P. McGuire, Esq.
*Counsel for Plaintiffs*

Aristotle Theresa, Esq.
*Co-Counsel for Plaintiffs*

Constantinos Panagopoulos, Esq.
Sarabeth Rangiah, Esq.
Ballard Spahr, LLP
*Attorneys for Defendants Vaughan McLean LLC and*
*Vaughan Place LLC*

Kyra A. Smerkanich, Esq.
Robert C. Gill, Esq.
Jason W. McElroy, Esq.
*Attorneys for Defendant Vaughan Place LLC*


						 */s/ Nathan J. Bresee*
						Nathan J. Bresee

- 3 -

6146675v1