IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHERINE DEMETRO, *et al.*,       ) | |
|                                    ) | |
|     Plaintiffs,    ) | |
|                                    ) | |
|     v.             ) | No. 1:24-cv-02199-APM |
|                                    ) | |
| VAUGHAN MCLEAN, LLC, *et al.*      ) | |
|                                    ) | |
|     Defendants     ) | |

**DEFENDANT VAUGHAN PLACE, LLC'S PARTIAL CONSENT MOTION TO
EXTEND TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Defendant Vaughan Place, LLC ("Vaughan Place"), by counsel, moves the Court for an Order extending the time for Vaughan Place to respond to Plaintiffs' Amended Complaint. In support of the motion, Vaughan Place states as follows:

1. Plaintiffs initiated this litigation on June 20, 2024, by filing an initial complaint in D.C. Superior Court.

2. On July 26, 2024, Defendant Lawyers Title Reality Services, Inc., Trustee ("Lawyers Title") removed this case from the Superior Court of the District of Columbia to this Court. (Dkt. 1.)

3. On August 2, 2024, Vaughan Place and Defendant Vaughan McLean, LLC ("Vaughan McLean") filed a motion to dismiss Plaintiffs' initial complaint (the "Motion to Dismiss"). (Dkt. 6.)[1]

4. That same day, Vaughan Place and Vaughan McLean also initiated a counterclaim for improper business and contract interference. (Dkt. 7.)

---

[1] At the time of this motion, Vaughan Place was represented by Constantinos G. Panagopoulos, Esq. On October 17, 2024, the undersigned entered their appearances on behalf of Vaughan Place.

5. On August 16, 2024, Plaintiffs filed an Opposition to the Motion to Dismiss. (Dkt. 13.)

6. On August 23, 2024, Lawyers Title filed a motion to dismiss Plaintiffs' complaint. (Dkt. 18.)

7. Following additional briefing by Plaintiffs and various Defendants, on September 13, 2024, Plaintiffs filed a motion for leave to file an amended complaint in this matter. (Dkt. 25.)

8. On September 27, 2024, Vaughan McLean and Vaughan Place filed a brief in opposition to Plaintiffs' motion for leave to file an amended complaint. (Dkt. 28.)

9. On November 27, 2024, immediately before the Thanksgiving holiday, the Court issued an Order granting Plaintiffs' motion for leave to file an amended complaint, and ordered Defendants to file any motions to dismiss on or before December 11, 2024. (Dkt. 37.)

10. Through this motion, Vaughan Place asks for a brief extension of time of until and including January 6, 2024, for it to file a motion to dismiss and/or otherwise respond to Plaintiff's Amended Complaint.

11. Vaughan Place seeks this extension because two of its attorneys – including its lead attorney, Robert Gill – are in federal trials through December 20, 2024. More specifically, attorney Jason McElroy is in the middle of a six-day bench trial in the United States District Court for the Eastern District of Virginia. (*Eagle Paper International, Inc., et al. v. Continental Paper Grading Company, et al.*, E.D. Va. 2:23-cv-00512). Mr. Gill begins trial this week in the United States District Court for the District of Delaware. (*Lindis Biotech, GMBH v. Amgen Inc.*, D. Del. 22-35-GBW). That trial is scheduled to last through at least December 20, 2024.

12. Given these scheduling conflicts, good cause exists to extend the deadline for Vaughan Place to file a motion to dismiss and/or otherwise respond to the Amended Complaint. Vaughan Place has not previously sought an extension of time to file responsive pleadings.

13. Pursuant to Local Civil Rule 7(m), prior to filing this motion, Vaughan Place sought consent for the relief sought herein. Plaintiffs and Vaughan McLean have both indicated that they consent to the extension sought by Vaughan Place. As of the date and time of this filing, Defendant Lawyers Title Reality Services, Inc. has not responded to Vaughan Place's request for consent.

WHEREFORE, for all of the reasons set forth above, Vaughan Place respectfully requests that the Court extend the deadline for Vaughan Place to file a motion to dismiss and/or otherwise respond to the Amended Complaint to January 6, 2025.

Dated: December 6, 2024

        Respectfully submitted,
        */s/ Kyra A. Smerkanich*
        Kyra A. Smerkanich (D.C. Bar No. 1029230)
        SAUL EWING LLP
        1919 Pennsylvania Avenue NW, Suite 550
        Washington, D.C. 20006
        Tel: (202) 295-6632 - Telephone
        Fax: (202) 337-6065 - Telefax
        kyra.smerkanich@saul.com

**CERTIFICATE OF SERVICE**

  I certify that on this XXth day of December, 2024, a true and correct copy of the foregoing **DEFENDANT VAUGHAN PLACE'S PARTIAL CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** was filed and served via the Court's electronic filing system upon:

Andrew P. McGuire
In Rem PLLC
1140 Third Street NE
Suite 200
Washington, DC 20002
mcguireesquire@msn.com
202-618-3461

Aristotle Charles Theresa
Stoop Law
1604 V Street, SE
Washington, DC 20020
actheresa@stooplaw.com
(202) 651-1148
*Counsel for Plaintiffs*

Constantinos G. Panagopoulos
Ballard Spahr LLP
1909 K Street, NW
12th Floor
Washington, DC 20006
cgp@ballardspahr.com
(202) 661-2202
*Counsel for Vaughan McLean, LLC*

Brian Wood Thompson
Nathan John Bresee
Jackson & Campbell, P.C.
2300 N St NW
Suite 300
Washington, DC 20037
bwthompson@jackscamp.com
202-457-1648
*Counsel for Lawyers Title Realty Services, Inc.*

        <u>*/s/ Kyra A. Smerkanich*</u>
        Kyra A. Smerkanich