IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KATHERINE DEMETRO,** *et al.,* | ) |
| Plaintiffs, | ) Civil Case No.: 1:24-CV-02199-APM |
| v. | ) |
| **VAUGHAN McLEAN LLC,** *et al.,* | ) |
| Defendants. | ) |

**DEFENDANT VAUGHAN MCLEAN, LLC'S CONSENT MOTION TO EXTEND
TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Defendant Vaughan McLean, LLC ("Vaughan McLean"), by its undersigned counsel, moves this Court for an Order extending the time for Vaughan McLean to respond to Plaintiffs' Amended Complaint. In support of the Motion, Vaughan McLean states as follows:

1. Plaintiffs initiated this litigation on June 20, 2024, by filing an initial complaint in D.C. Superior Court.

2. On July 26, 2024, Defendant Lawyers Title Reality Services, Inc., Trustee ("Lawyers Title") removed this case from the Superior Court of the District of Columbia to this Court. (Dkt. 1.)

3. On August 2, 2024, Vaughan McLean and Vaughan Place, LLC ("Vaughan Place") filed a Motion to Dismiss Plaintiffs' initial Complaint (the "Motion to Dismiss"). (Dkt. 6.)[1]

---

[1] At the time of the Motion to Dismiss, Vaughan McLean and Vaughan Place were initially represented by undersigned counsel. However, as of October 17, 2024, Vaughan Place is now represented by new counsel. (Dkts. 30-32).

4. That same day, Vaughan Place and Vaughan McLean also initiated a Counterclaim for improper business and contract interference. (Dkt. 7.)

5. On August 16, 2024, Plaintiffs filed an Opposition to the Motion to Dismiss. (Dkt. 13.)

6. On August 23, 2024, Lawyers Title also filed a Motion to Dismiss Plaintiffs' Complaint. (Dkt. 18.)

7. Following additional briefing by Plaintiffs and various Defendants, on September 13, 2024, Plaintiffs filed a Motion for Leave to File an Amended Complaint in this matter. (Dkt. 25.)

8. On September 27, 2024, Vaughan McLean and Vaughan Place filed a brief in Opposition to Plaintiffs' Motion for Leave to File an Amended Complaint. (Dkt. 28.)

9. On November 27, 2024, immediately before the Thanksgiving holiday, the Court issued an Order granting Plaintiffs' Motion for Leave to File an Amended Complaint, and ordered Defendants to file any motions to dismiss on or before December 11, 2024. (Dkt. 37.)

10. On December 6, 2024, Vaughan Place moved for an extension of time to file its response to the Amended Complaint by January 6, 2025. (Dkt. 40).

11. On December 8, 2024, this Court granted Vaughan Place's Motion for Extension. (Dkt. 41)

12. Good cause exists to also extend Vaughan McLean's deadline to file its response to the Amended Complaint by January 6, 2025 as it will allow the parties to be on the same briefing schedule and will avoid any conflicts which may arise due to the upcoming holidays.

13. Vaughan McLean has not previously sought an extension of time to file responsive pleadings.

14. Pursuant to Local Civil Rule 7(m), Vaughan McLean obtained consent from counsel for the Plaintiffs, Vaughan Place, and Lawyers Title prior to filing the instant Motion.

WHEREFORE, for all of the reasons set forth above, Vaughan McLean respectfully requests that the Court extend the deadline for it to file its response to the Amended Complaint to January 6, 2025.

Dated: December 9, 2024

Respectfully submitted,

By: */s/ Constantinos G. Panagopoulos*
Constantinos G. Panagopoulos, # 11961
Ballard Spahr, LLP
1909 K Street NW, 12th Floor
Washington, D.C. 20006
202 661-2202
cgp@ballardspahr.com
Counsel for Defendant
Vaughan McLean LLC

### CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of December 2024, I caused a true and correct copy of the foregoing Motion for Extension of Time to be served on all counsel of record via the Court's CM/ECF System.

*/s/ Constantinos G. Panagopoulos*
Constantinos G. Panagopoulos