UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHERINE DEMETRO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VAUGHAN MCLEAN, LLC, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 24-cv-02199 (APM)<br>)<br>)<br>)<br>)<br>) |

## ORDER TO SHOW CAUSE

Plaintiff filed an amended complaint in this civil action which became operative on November 27, 2024. The amended complaint added a new defendant, Wells Fargo Bank, National Association. Plaintiff is responsible for timely service of a summons and copy of the complaint, *see* Fed. R. Civ. P. 4(c), and, unless service is waived, plaintiff must file proof of service with the court, *see* Fed. R. Civ. P. 4(l). It does not appear from the record that service has been effected as to Wells Fargo. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

The 90-day period will end on February 25, 2025. Accordingly, on or before that date, Plaintiff shall show cause why this case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) and Local Civil Rule 83.23 for failure to prosecute. Plaintiff may avoid dismissal of this action either by serving Defendant no later than February 25, 2025, or by seeking additional time under Rule 4(m).

Dated: February 11, 2025

Amit P. Mehta
United States District Court Judge