UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

KATHERINE DeMETRO, et al.
**Plaintiffs,**                                             Civil Action No.:  24-CV-2199 (APM)

v.

VAUGHAN MCLEAN LLC, et al,
**Defendants.**

_____

### ORDER

Upon consideration of Plaintiffs' MOTION TO SUBSTITUTE NEW DEFENDANT AND TO VOLUNTARILY DISMISS DEFENDANT WELLS FARGO BANK, NATIONAL ASSOCIATION, any objection thereto by any Defendant, and with the consent of Defendant VAUGHAN PLACE, LLC, and the entire record, it is this __25__ day of __February__, 2025, hereby:

ORDERED: that Plaintiffs' MOTION TO SUBSTITUTE NEW DEFENDANT AND TO VOLUNTARILY DISMISS DEFENDANT WELLS FARGO BANK, NATIONAL ASSOCIATIONbe and is hereby GRANTED;

IT IS FURTHER ORDERED:  that the following party be and is hereby joined as a Defendant:

COMPUTERSHARE TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF HOLDERS OF BX COMMERCIAL MORTGAGE TRUST 2024-AIR2, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2024-AIR2.

IT IS FURTHER ORDERED: that Plaintiffs shall request from the Clerk an initial summons for the above named substitute Defendant, and Plaintiffs shall have 60 days thereafter to serve this Defendant and file the necessary proofs of service.

IT IS FURTHER ORDERED: that Defendant WELLS FARGO BANK, NATIONAL ASSOCIATION be and is hereby dismissed from suit without prejudice, at the request of the Plaintiffs.

Amit Mehta
Digitally signed by Amit Mehta
Date: 2025.02.25 21:09:04 -05'00'

_____
JUDGE AMIT P. MEHTA

1