UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**KATHERINE DeMETRO, et al.**
**Plaintiffs,**

Civil Action No.: 24-CV-2199 (APM)

v.

**VAUGHAN MCLEAN LLC, et al,**
**Defendants.**

---

### AFFIDAVIT OF SERVICE

The undersigned, an attorney licensed to practice law in the District of Columbia and over the age of 18 years old, depose and say as follows:

1. That I am the attorney for the Plaintiffs in the above captioned case.

2. That on or about April 7, 2025, at 11:34 a.m., I caused the Defendant COMPUTERSHARE TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF HOLDERS OF BX COMMERCIAL MORTGAGE TRUST 2024-AIR2, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2024-AIR2 to be served, by hand delivering a copy of the First Amended Complaint, a copy of the February 26, 2025 Order joining this Defendant, and the Summons issued March 3, 2025 to the D.C. Dept. of Licensing and Consumer Protection, 1100 4th Street, SW, Washington, DC 20024 c/o Maxine Hyman, who appeared to be 45 years old, Sr. Paralegal Specialist, Dept. of Licensing and Consumer Protection, who serves as a Superintendent of Corporations and in that capacity acts as the Mayor's Agent for Service of Process for businesses that fail to maintain an agent in the District of Columbia.

### Verification

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4-7-25

Respectfully submitted,

Andrew P. McGuire, Esq. [442600]
Counsel for Plaintiff
1140 Third Street NE, Suite 200
Washington, D.C. 20002
(202) 618-3461
mcguireesquire@msn.com

Subscribed and Sworn to before me this 7 day of April, 2025
NOTARY PUBLIC
MY COMMISSION EXPIRES

District of Columbia
Signed and sworn to (or affirmed) before me on
April 7, 2025 by Andrew P. McGuire
Date         Name(s) of Individual(s) making statement
Patrick Walker
Signature of Notarial Officer
Notary Public
Title of Office
My commission expires: Jan 31st 2030

1