IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATHERINE DEMETRO, *et al.*,

    Plaintiffs,

v.    Case No. 1:24-cv-02199-APM

VAUGHAN MCLEAN, LLC, *et al.*,

    Defendants.

## ORDER

This matter is before the Court on the motion of all Plaintiffs and of Defendant Vaughan Place, LLC ("Vaughan Place") for entry of an order dismissing the counterclaim asserted by Vaughan Place against Plaintiffs, and dismissing Vaughan Place from this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2).

Upon consideration of the motion, it appearing that the motion should be granted; it is

ORDERED that the counterclaim asserted by Vaughan Place, LLC against all Plaintiffs is hereby DISMISSED with prejudice, with each party to bear their own attorneys' fees; it is

FURTHER ORDERED that Defendant Vaughan Place, LLC is hereby dismissed as a party from this action with prejudice.

This order does not apply to Defendant Vaughan McLean LLC, and this matter shall continue as to Plaintiffs and Defendant Vaughan McLean LLC.

SO ORDERED.

Dated: December __4__, 2025

                                                    Amit P. Mehta
                                                    United States District Judge